DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ENGLE PROPERTY TRUST, LLC,

Appellant,

v.

OLD REPUBLIC SURETY COMPANY; INTEGRAL SERVICES, INC.;
JOHN A. MELTON; and S&S ENTERPRISES OF THE SOUTHEAST,
INC.,

Appellees.

No. 2D21-1132

_____

September 23, 2022

Appeal from the Circuit Court for Collier County; Lauren L. Brodie,
Judge.

Christopher D. Donovan of Roetzel & Andress, LPA, Naples, for
Appellant.

Duane A. Daiker of Shumaker, Loop & Kendrick, LLP, Tampa, for
Appellee, Old Republic Surety Company.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.